UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
____ALEXANDRIA_____ DIVISION

__Juul Labs, Inc._____

                vs.                              Civil/Criminal Action No. 1:19-cv-00575
__The Unincorporated Associations_____
Identified in Schedule A

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

        Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Juul Labs, Inc._____ in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_More than ten percent of Juul Labs, Inc.'s stock is owned by Altria Group, Inc., a publicly_
_traded corporation._____

Or

        Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:
_____
_____

Or

        Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

__May 9, 2019_____              /s/ Monica Riva Talley_____
Date                            Signature of Attorney or Litigant
                                  Counsel for __Juul Labs, Inc._____

Rev. 7/14/04