AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Juul Labs, Inc.,

*Plaintiff(s)*

v.

The Unincorporated Associations Identified in Schedule A,

*Defendant(s)*

Civil Action No. 1:19-cv-00575 (LO/IDD)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Walker
2309 Timea Street,
Keokuk, Iowa 52632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monica Riva Talley
Sterne Kessler Goldstein & Fox, P.L.L.C.
1100 New York Ave., N.W., Suite 600
Washington, DC 20005-3934

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Digitally signed by Anitra Chastine
Date: 2019.06.25 09:33:42 -04'00'

*Signature of Clerk or Deputy Clerk*

Date: 6/25/2019

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00575 (LO/IDD)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Andrew Walker
was received by me on *(date)* 7/1/19 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: no longer resides at address given

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-3-19

[signature]
*Server's signature*

Brandon McGinnis, Process Server
*Printed name and title*

437 N 9th Quincy, IL 62301
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF NON-SERVICE

**State of VIRGINA** **County of** **District Court**

Case Number: 19CV00575

Plaintiff:
**JUUL LABS, INC**

vs.

Defendant:
**THE UNINCORPORATED ASSOCIATION INDENTIFIED IN SCHEDULE A,**

For:
TORRI'S LEGAL SERVICES
18403 Woodfield Rd
Suite A
Gaithersburg, MD 20879

Received by Big River Investigations, Inc on the 28th day of June, 2019 at 10:44 am to be served on **ANDREW WALKER, 2309 TIMEA ST, KEOKUK, IA 52632**.

I, Brandon McGinnis, being duly sworn, depose and say that on the **1st day of July, 2019 at 3:40 pm, I:**

**NON-SERVED** the **Summons in a Civil Action** for the reason that I failed to find **ANDREW WALKER** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/2/2019 10:14 am TYLER BOUGEEOUIS CALLED 07/02/19 @ 10:15 STATED HE HAS RESIDED IN RESIDENCE FOR A YEAR. RECEIVES MAIL FOR ANDREW WALKER ALL THE TIME BUT DOES NOT KNOW HIM. TYLER LEFT HIS PHONE NUMBER WITH US 321-278-4003
7/1/2019 3:40 pm no answer; left card to please call.

I certify that I am over the age of 21, have no interest in the above action, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3rd day of July, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

ELIZABETH A RILEY
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 3, 2019

**Brandon McGinnis**
Process Server

**Big River Investigations, Inc**
**437 North 9th Street**
**Quincy, IL 62301**
**(217) 228-9114**

Our Job Serial Number: BRI-2019001786
Ref: 44966

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n