**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Juul Labs, Inc. | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL CASE NO. 1:19-cv-575 (LO/IDD) |
| | ) | |
| The Unincorporated Associations Identified | ) | |
| In Schedule A, et. al. | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and Affidavit of, Monica R. Talley, counsel of record for Plaintiff's, Juul Labs, Inc., the Clerk of this Court does hereby enter the default as to Lei Du, Rich (Ricky) Pineda, Isaac Alvarez, Yanli Xu, Chen Ailan, Xingxiong Xu, Juan Cuevas, Eman Ghaly, Roger Hernandez, Paul Cathey, Anshan Zhang, Alejandro Saravia Diaz, Haiteng Wang, Salman Shalan, Christian Reed, Filipe Abdou, Xiaoyan Luo, Li Xue Zhao, Chusen Zhang, Jia Nan Wang, Herman Gudiel, Chunyan Chen, Choi Mei So, Tinker Yang, Xiang Nie, Sameet Madhani, Aramayis Matsakyan, Scott Kropman, Chusen Zhang, Jessica Roemer, Huiqi Lin, Panting Liu, Hongxiang Zhang, and Melvin Bell for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


/s/
BY:   Anitra Chastine
DEPUTY CLERK

DATED:  December 9, 2019