IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUUL LABS, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -v- ) | Civil Action No. 1:19-cv-575 |
| ) | Hon. Liam O'Grady |
| THE UNINCORPORATED ASS'N IDENTIFEID IN ) | Hon. Ivan D. Davis |
| SCHEDULE A, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("R&R") issued by Magistrate Judge Ivan D. Davis on April 24, 2020. Dkt. 139. Pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b), any objections to the R&R were required to be filed within fourteen (14) days of that date. No objections were timely filed. Having reviewed the record and R&R, the Court hereby **APPROVES** and **ADOPTS** the findings and conclusions set forth therein.

Accordingly, Plaintiff's Motion for Default Judgment as to Certain Defendants, Dkt. 134, is **GRANTED**.

The Clerk is **DIRECTED** to enter default judgment pursuant to Fed. R. Civ. P. 55 in favor of Plaintiff Juul Labs, Inc. and against the following defendants: xiaodurose2016_2, s.hopm-27, alvarialisaa, 2018winner, linyan1986_3, ltj2tes-1, jucue18, my20098, rohern-1009, rohern_3617, valja-10, ginkgotree18, esbwaeyz, salma-shala, papago480_5, reddog2019, whitesnow2019, new-goldshop, giuaxbijaian, h_store43, likecake2019, fishso712, zypingyang7, jiaqinnihu27563, sameemadhan-0, matsam4, farmhousenine, beici2018, jessicroeme0,

royalbelleshop, sanzuna, fhvi9933, and melbe_14 in the amount of $4,000,000 in statutory damages per defendant.

It is further **ORDERED** that the defendants are permanently enjoined from making, using, selling, or offering for sale unauthorized products containing Plaintiff Juul Labs, Inc.'s trademarks.

Finally, it is further **ORDERED** that PayPal, Inc. shall release to Plaintiff Juul Labs, Inc. the monies currently restrained in the above-noted defendants' financial accounts as partial payment of the above-identified damages within five (5) business days of receipt of this Order, and that, until Plaintiff Juul Labs, Inc. has recovered full payment of monies owed to it by any defaulting defendant, Plaintiff Juul Labs, Inc. shall have an ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by the defaulting defendants are identified. Upon receipt of the Order, PayPal shall, within two (2) business days:

a. Locate all accounts and funds connected to the defaulting defendants or their Internet Stores, including those listed in support of the instant Motion;

b. Restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of the defaulting defendants' assets; and

c. Release all monies restrained in the defaulting defendants' PayPal accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

It is **SO ORDERED**.

May 21, 2020  
Alexandria, Virginia

Liam O'Grady  
United States District Judge